Frederick W. Vanderbilt et al., as Executors of Alfred G. Vanderbilt, Deceased, Appellant, *v.* The Travelers Insurance Company, Respondent.

*Insurance — contract of accident insurance — exception where death results from " war "— where testator was drowned as result of torpedoing of vessel on which he was a passenger during state of war no recovery may be had on policy.*

*Vanderbilt* v. *Travelers Ins. Co.*, 202 App. Div. 738, affirmed.
(Argued January 11, 1923; decided January 30, 1923.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 9, 1922, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was to recover upon a policy of accident insurance issued to plaintiffs' testator. It contained a clause providing that the insurance would not cover injury or death resulting " directly or indirectly, wholly or partly from * * * war." The testator while a passenger on the British steamship *Lusitania* bound from New York to Liverpool lost his life as the result of the torpedoing and sinking of said vessel by a German submarine, a state of war existing at the time between the British and German governments.

*Roy C. Gasser* and *William H. Hayes* for appellants.
*William J. Moran* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND and MCLAUGHLIN, JJ. Dissenting: CRANE and ANDREWS, JJ., on ground that the word "war" in the exception of the policy because of its association, means war in which the insured participates as a belligerent.